UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BURBERRY LIMITED; GIANNI VERSACE S.R.L.; HERMÈS INTERNATIONAL; LOUIS VUITTON MALLETIER; MONCLER, S.P.A; PRL USA HOLDINGS, INC.; THE NORTH FACE APPAREL CORP.; and TIMBERLAND, a division of VF OUTDOOR, LLC, and TBL LICENSING LLC,

    Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES,

    Defendants.

CIVIL ACTION NO.

22 CV 6490 (NRM)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby dismiss without prejudice Defendants Various John Does, Jane Does, and XYZ Companies from the above-captioned action. This Notice resolves the above-captioned action in its entirety.

Dated: February 17, 2023
    New York, New York

By: /s/ *Kevin M. Wallace*
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Heather J. McDonald (HM 3320)
Email: hmcdonald@bakerlaw.com
Robertson D. Beckerlegge (RB 1829)
Email: rbeckerlegge@bakerlaw.com
Kevin M. Wallace (KW 1284)
Email: kwallace@bakerlaw.com

*Attorneys for Plaintiffs*